COMMONWEALTH of Pennsylvania,
Respondent

v.

Joseph Bernard FITZPATRICK
III, Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Joseph Bernard Fitzpatrick
III, Petitioner

No. 325 MAL 2017
No. 326 MAL 2017

Supreme Court of Pennsylvania.

October 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.